No. —. Logue et al. *v.* South Carolina. January 14, 1943. Application for stay denied.

No. 564. Almer Railway Equipment Co. et al. *v.* Commissioner of Taxation. January 18, 1943. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. (1) *Department of Treasury* v. *Wood Preserving Corp.,* 313 U. S. 62, 66, 67; (2) *General American Tank Car Corp.* v. *Day,* 270 U. S. 367, 373; *Madden* v. *Kentucky,* 309 U. S. 83, 87–90. *Mr. Leon S. Hirsh* for appellants. *Mr. J. A. A. Burnquist,* Attorney General of Minnesota, for appellee.

No. 601. Holley *v.* Lawrence, Warden. January 18, 1943. *Per Curiam:* The motion for leave to file the jurisdictional statement is granted. The motion for leave to proceed *in forma pauperis* is also granted. The appeal is dismissed on the authority of *Holley* v. *Lawrence, ante,* p. 518. *Mr. Benjamin E. Pierce* for appellant.

No. —, Original. Ex parte Dorsey Edmondson; and No. —, Original. Ex parte Ellert L. McGrath. January 18, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.